## (April 30, 1976)

■ In the Matter of GLORIA GOVER, Respondent, v GEORGE A. GOVER, Appellant.—On the court's own motion, its decision dated April 26, 1976 [52 AD2d 637] is amended by adding to the last sentence of the third paragraph thereof, immediately following the words "shall post a cash bond", the words "or undertaking with corporate surety". Order dated April 26, 1976, amended accordingly. Martuscello, Acting P. J., Latham, Cohalan, Rabin and Titone, JJ., concur.